PHILLIP A. TALBERT
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-232-GEB |
|---|---|
| Plaintiff, | RELATED CASE 2:13-cr-273-GEB |
| v. | STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS HEARING |
| SAMUEL THOMPSON, | DATE: April 28, 2017 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Garland E. Burrell, Jr. |

The parties, by and through the undersigned attorneys of record, stipulate and request as follows:

By previous order, this matter was set in case number 2:16-cr-232 for status and possible change of plea on April 28, 2017. The parties stipulate and request:

1. That case 2:16-cr-232-GEB be set for a status hearing, possible change of plea, on June 16, 2017 at 9:00 a.m.

   a. The parties agree and stipulate, and request that the Court find the following:

      i. The government has represented that the discovery associated with case 2:16-cr-232-GEB includes more than one hundred pages of discovery and electronic devices that the government alleges contain material that cannot be turned over due to the presence of contraband. All of this discovery has either been produced directly to counsel and/or made available for inspection and copying.

1         ii.  Counsel for defendant desires additional time to review the discovery and
2              consider options for resolution or trial.

3        iii.  Counsel for defendant has given additional information to the government
4              and the government is investigating based on that information.

5        iv.  Counsel for defendant believes that failure to grant the above-requested
6              continuance would deny him the reasonable time necessary for effective
7              preparation, taking into account the exercise of due diligence.

8         v.  The government does not object to the continuance.

9        vi.  Based on the above-stated findings, the ends of justice served by continuing
10             the case as requested outweigh the interest of the public and the defendant in
11             a trial within the original date prescribed by the Speedy Trial Act.

12      vii.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §
13             3161, et seq., within which trial must commence, the time period of January
14             27, 2017 to March 3, 2017, inclusive, is deemed excludable pursuant to 18
15             U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a
16             continuance granted by the Court at defendant's request on the basis of the
17             Court's finding that the ends of justice served by taking such action outweigh
18             the best interest of the public and the defendant in a speedy trial.

19   2.  Nothing in this stipulation and order shall preclude a finding that other provisions of the
20      Speedy Trial Act dictate that additional time periods are excludable from the period within
21      which a trial must commence.

22     **SO STIPULATED.**

23 Dated: April 28, 2017                PHILLIP A. TALBERT
                                        United States Attorney
24

25                                 By:  /s/ MATTHEW G. MORRIS
                                        MATTHEW G. MORRIS
26                                         Assistant United States Attorney

27 Dated: April 28, 2017                By:  /s/ Ron Peters (auth by email)

28

1                                                       Attorney for Samuel Thompson

**SO ORDERED.**

Dated:  April 28, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge