**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**901 H Street, Suite 611**
**Sacramento, California 95814**
**Telephone:   (916) 322-2472**
**Facsimile: (916) 322-3208**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**SAMUEL CLINTON THOMPSON**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA ,**       )<br>                                                          )<br>             **Plaintiff,**                          )<br>                                                          )<br>**vs.**                                                   )<br>                                                          )<br>**SAMUEL CLINTON THOMPSON**   )<br>                                                          )<br>             **Defendant**                         )<br>_____)| **Case No.:  2:16-cr-00232-GEB**<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

      The United States of America, through its counsels of record, Mc Gregory W. Scott, United States Attorney for the Eastern District of California, and Matthew G. Morris, Assistant United States Attorney, and defendant Samuel Clinton Thompson, through his attorney, Ronald Peters, Esq, hereby stipulate and agree that the sentencing scheduled for October 5, 2018 at 9:00 am should be continued to January 11, 2019 at 9:00 a.m.

      Defendant needs additional time to prepare a Memorandum in Aid of Sentencing primarily addressing 3553 factors.

      Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and Local Code T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision October 5, 2018 to and including January 11, 2019.

**STIPULATION AND ORDER TO CONTINUE SENTENCING**

**Respectfully Submitted,**
**MC GREGORY W. SCOTT**
**United States Attorney**

DATE: September 28, 2018 */s/ Matthew G. Morris*
MATTHEW G. MORRIS
**Assistant U.S. Attorney**


DATE: September 28, 2018 /s/Ron Peters
RON PETERS
Attorney for Defendant
**Samuel Clinton Thompson**

**STIPULATION AND ORDER TO CONTINUE SENTENCING**

2

**ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, October 5, 2018, to and including January 11, 2019.

It is so ordered.

Dated: October 2, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

**STIPULATION AND ORDER TO CONTINUE SENTENCING**

3